IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WYATT FINCH, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>STATE FARM FIRE AND )<br>CASUALTY COMPANY and )<br>DONNY HOLLEY, )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>3:07cv952-MHT |

## ORDER

It is ORDERED that the motion to consolidate (Doc. No. 8) is denied without prejudice. Should removal jurisdiction of this case be retained and should removal jurisdiction of any of the other cases be retained as well, this court will revisit the issue of consolidation.

DONE, this the 5th day of November, 2007.

                                      /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE