IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
WYATT FINCH,                        )
                                    )
    Plaintiff,                      )
                                    )         CIVIL ACTION NO.
    v.                              )           3:07cv952-MHT
                                    )
STATE FARM FIRE AND                 )
CASUALTY COMPANY and                )
DONNY HOLLEY,                       )
                                    )
    Defendants.                     )
```

ORDER

It is ORDERED that the motion to remand (Doc. No. 11) is set for submission, without oral argument, on November 9, 2007, with all briefs due by said date.

DONE, this the 8th day of November, 2007.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE