IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WYATT FINCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:07-cv-00952-MHT-TFM |
| | ) | |
| STATE FARM FIRE AND | ) | |
| CASUALTY COMPANY, | ) | |
| DONNY HOLLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION
FOR LEAVE TO EXTEND DEADLINE**
==================================================

COME NOW Defendants, State Farm Fire and Casualty Company and Donny Holley (hereinafter "Defendants") and move the Court for leave to extend the response deadline to Plaintiff's Motion to Remand [Doc. 11]. Pursuant to the Court's Order [Doc. 14], Defendants have until November 9, 2007, to file their response. Defendants respectfully request the Court to extend the deadline to file its response to Plaintiff's Motion to Remand to November 14, 2007. Said extension will provide Defendants sufficient time to respond to said motion.

Respectfully submitted this the 8th day of November, 2007.

      /s/ James H. Anderson
**JAMES H. ANDERSON [AND021]**
**MICHEAL S. JACKSON [JAC015]**
**CONSTANCE T. BUCKALEW [BUC015]**
**ANGELA TAYLOR BAKER [TAY062]**
Counsel for Defendants State Farm Fire and Casualty Company and Donny Holley

**Of Counsel:**

**BEERS, ANDERSON, JACKSON,**
  **PATTY & FAWAL, P.C.**
P. O. Box 1988
Montgomery, AL 36102-1988
Tel: (334) 834-5311 / Fax: (334) 834-5362

CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing MOTION FOR LEAVE TO EXTEND DEADLINE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Nick Wooten, Esq. | David Hodge , Esq. |
| **WOOTEN LAW FIRM, P.C.** | **PITTMAN, HOOKS, DUTTON, KIRBY** |
| P. O. Drawer 290 | **& HELLUMS, P.C.** |
| Lafayette, AL 35862 | 1100 Park Place Tower |
| | 2001 Park Place North |
| | Birmingham, AL 35203 |

on this the 8th day of November, 2007.

      /s/ James H. Anderson
Of Counsel