IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
WYATT FINCH,                      )
                                  )
    Plaintiff,                    )
                                  )
                                  )     CIVIL ACTION NO.
    v.                            )       3:07cv952-MHT
                                  )
STATE FARM FIRE AND               )
CASUALTY COMPANY and              )
DONNY HOLLEY,                     )
                                  )
    Defendants.                   )
```

ORDER

It is ORDERED as follows:

(1) The motion for leave to extend deadline (Doc. No. 15) is granted.

(2) The motion to remand (Doc. No. 11) is reset for submission, without oral argument, on November 14, 2007, with all briefs due by said date.

DONE, this the 9th day of November, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE