IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| WYATT FINCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:07cv952-MHT |
| | ) | |
| STATE FARM FIRE AND | ) | |
| CASUALTY COMPANY and | ) | |
| DONNY HOLLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that the motion for leave to file one request for admission (Doc. No. 16) is granted and the request is to be answered forthwith.

DONE, this the 9th day of November, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**