IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WYATT FINCH, JR., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO: |
| | ) | 3:07cv-952-MHT-TFM |
| vs. | ) | |
| | ) | |
| STATE FARM FIRE AND CASUALTY | ) | |
| COMPANY, DONNY HOLLEY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT OF PARTIES' PLANNING MEETING**

COME NOW the parties to the above-styled civil action and hereby file their Report of Parties' Planning Meeting held pursuant to FED. R. CIV. P. 26(f) and the October 25, 2007 Order of this Court. For their report of said meeting, the Parties jointly state the following:

1. Pursuant to FED. R. CIV. P. 26(f), a meeting was held on November 8, 2007, between Nick Wooten for the Plaintiff, Wyatt Finch and James Anderson for the Defendants.

2. <u>Pre-Discovery Disclosures</u>. The parties will exchange by December 19, 2007 the information required by FED. R. CIV. P. 26(a)(1).

3. <u>Discovery Plan</u>. The parties propose to the court the following discovery plan:

 a) Discovery will be needed from the defendants on issues relating to the subject policies, subject claims, subject defendants and defenses asserted to the claim. From the plaintiff, the defendants' will need discovery on the plaintiff, his claims and his damages.

 b) All discovery commenced in time to be completed by May 16, 2008.

  c) Maximum of 50 interrogatories by each party to any other party. Responses due thirty days after service.

  d) Maximum of 25 requests for admission by each party to any other party. Responses due thirty days after service.

  e) Maximum of 50 requests for production by each party to any other party. Responses due thirty days after service.

  f) Maximum of 10 depositions by each party. Each deposition is limited to a maximum of seven hours, unless extended by agreement of the parties or by order of the Court.

  g) Reports from retained experts under Rule 26(a)(2) due:

    from Plaintiff by March 16, 2008; and

    from Defendant by April 16, 2008.

4. <u>Other Items</u>.

  a) The parties do not request a conference with the Court before entry of the scheduling order.

  b) The parties request a pretrial conference on or about September 2008.

  c) The parties should be allowed until March 1, 2008 to join additional parties and to amend the pleadings.

  d) All dispositive motions should be filed by June 16, 2008.

  e) Settlement cannot be evaluated until discovery is completed.

  f) Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from each party 15 days before the pre-trial conference.

g) The parties should have ten days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

h) The case should be ready for trial by October 14, 2008. The trial is expected to take 3 days.

   /s/   Nick Wooten
**NICK WOOTEN**
**DAVID HODGE**
Attorneys for Plaintiffs

OF COUNSEL:

WOOTEN LAW FIRM, P.C.
Trial Lawyers
P.O. Drawer 290
Lafayette, AL 36862
(334) 864-2132
(334) 864-2133 facsimile

PITTMAN, HOOKS, DUTTON,
  KIRBY & HELLUMS, P.C.
1100 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
(205) 322-8880
(205) 328-2711 facsimile

   /s/   James H. Anderson
**JAMES H. ANDERSON**
Attorney for Defendants

BEERS, ANDERSON, JACKSON,
  PATTY & FAWAL, P.C.
P.O. Box 1988
Montgomery, AL 36102
(334) 834-5311
(334) 834-5362 facsimile